UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    V.

Warren Alexander (2),
              Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

20-cr-37-02 (LAK)

ORDER

CJA attorney Marlon G. Kirton is re-appointed as counsel to defendant Warren Alexander to consult with him regarding the Curcio issues addressed during the Curcio hearing begun on October 2, 2020 held by video-conference. The conclusion of the Curcio hearing is scheduled to take place by video-conference on Friday, October 30, 2020 at 9:00 AM.

Dated: October __2__, 2020

Lewis A. Kaplan
United States District Judge