**MEMO ENDORSED**

# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

January 22, 2021

VIA ELECTRONIC FILING

Hon. Lewis A. Kaplan
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Warren Alexander, 20 cr. 37 (LAK)*

Dear Judge Kaplan:

I represent Warren Alexander in the above-referenced matter. I identified a potential conflict of interest that may impact my representation of Mr. Alexander. This Court scheduled a date to conference this matter for January 25, 2021. I request an adjournment to February 22, 2021.

Mr. Alexander is detained without bail at the Metropolitan Correctional Center (MCC). In-person visits are canceled at the MCC. MCC canceled my last telephone conference with Mr. Alexander for technical reasons. I need time to consult with Mr. Alexander both in-person as well as via telephone. I request an adjournment of this matter to consult with him regarding the potential conflict of interest. I have the consent of the Government for this request. I consent to the exclusion of time pursuant to the Speedy Trial Act through February 22, 2021.

Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

*[Handwritten endorsement:]* Conference adjourned until 2/22/21 at 11 a.m. Time excluded to end [of] that date [in the] interests of justice served thereby outweigh the interests of the public and the defendant in a speedy trial.

SO ORDERED
LEWIS A. KAPLAN, USDJ
1/25/2021

1

cc: David Robles, Assistant United States Attorney (via electronic mail).

2