UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

- v. -

WARREN ALEXANDER,

            Defendant.

------------------------------------------------------------------X

ORDER

S1 20 Cr. 37 (LAK)

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on October 4, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: 10/29/21
New York, New York

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE