# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12·8·21

December 7, 2021

VIA ELECTRONIC FILING

Hon. Lewis A. Kaplan
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Warren Alexander, 20 cr. 37 (LAK)*

Dear Judge Kaplan:

    I represent Warren Alexander in the above-referenced matter. Mr. Alexander pleaded guilty and is scheduled for sentencing on December 20, 2021. I request an adjournment to either the week of January 3, 2022, or any date starting the week of January 24, 2022.[1]

    Mr. Alexander pleaded guilty on October 4, 2021, before a Magistrate Judge. The Magistrate set a control date of December 20, 2021. The Final Probation report is not due until December 23, 2021. This Court has since adopted December 20th as a sentencing date. The Defense needs additional time to complete the sentencing memorandum. Mr. Alexander faces a considerable amount of prison time. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

*Adjourned until 1/5/22 at 10:00 am*

SO ORDERED
LEWIS A. KAPLAN, USDJ
12/8/21

---

[1] I have a two-week trial starting on January 10, 2022, in the Southern District of New York.

1