UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                    20 cr. 37 (LAK)

   - against -

   WARREN ALEXANDER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**SENTENCING MEMORANDUM**


                  KIRTON LAW FIRM
                  Attorney for Defendant
                  WARREN ALEXANDER
                  175 Fulton Avenue, Suite 305
                  Hempstead, New York 11550
                  (516) 833-5617 ph
                  (516) 833-5620 fax
                  kirtonlawfirm@gmail.com email
                  By: Marlon G. Kirton, Esq.

1

# *KIRTON LAW FIRM*
_____

*Marlon G. Kirton, Esq.*          *Nassau County:*
                                  *175 Fulton Avenue, Suite 305*
_____                    *Hempstead, New York 11550*
                                  *Tel. # (516) 833-5617*
                                  *Fax # (516) 833-5620*

March 15, 2022

VIA ELECTRONIC FILING

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Warren Alexander, 20 cr. 37 (LAK)*

Dear Judge Kaplan:

    I represent Warren Alexander in the above-referenced matter. This document is a supplement to the defense sentencing memorandum. It contains an additional letter on behalf of Mr. Alexander.

    Please contact me if you have any questions or concerns.

Sincerely,


s/Marlon G. Kirton
Marlon G. Kirton, Esq.



cc: David Robles, Assistant United States Attorney (via electronic mail).
    Jacob Warren, Assistant United States Attorney (via electronic mail).

2