UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

WARREN ALEXANDER,

              Defendant.

**Order of Restitution**

S1 20 Cr. 37 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/22

RECEIVED
MAR 16 2022
JUDGE KAPLAN'S CHAMBERS

     Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, David J. Robles, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count Five of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

     **1. Amount of Restitution.** WARREN ALEXANDER, the Defendant, shall pay restitution in the total amount of $4,428.11 to the Victim of the offense charged in Count Five of the Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

     **2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York
          3/16/22

                                                  UNITED STATES DISTRICT JUDGE

09.10.2013