UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

WARREN ALEXANDER,

        Defendant.

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-9-2023

20-cr-00037 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On January 24, 2023, the Court received a motion from defendant to request a modification of his sentence and appointment of counsel pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(a). Dkt 86. CJA attorney Richard H. Rosenberg is appointed as counsel to defendant to consult with him regarding his motion. Any supplement to defendant's papers shall be served and filed no later than March 11, 2023.

        SO ORDERED.

Dated:        February 9, 2023

                                              Lewis A. Kaplan
                                              United States District Judge