UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

       -against-                                    20-cr-0037 (LAK)

WARREN ALEXANDER,

       Defendantd.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The government shall respond to defendant's motion for a sentence reduction (Dkt 88) no later than April 15, 2023.

       SO ORDERED.

Dated:      March 15, 2023

                                            _____
                                                  Lewis A. Kaplan
                                            United States District Judge