USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

WARREN ALEXANDER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20-cr-00037 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

On April 21, 2023, the government filed its opposition to defendant's motion for a sentence reduction (Dkt 93). Any reply on behalf of defendant shall be served and filed no later than June 22, 2023.

SO ORDERED.

Dated:      May 23, 2023

                                                           Lewis A. Kaplan
                                              United States District Judge