# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

June 19, 2023

<u>MEMO ENDORSED</u>

Hon. Lewis A. Kaplan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

                       Re:  United States v. Alexander,  
                             20-CR-037 (LAK)

Dear Judge Kaplan:

       On behalf of my client Warren Alexander, I respectfully ask for a two-week extension of the June 22, 2023, deadline to submit a reply in further support of Mr. Alexander's pending motion for sentence reduction.

       I make this request because Mr. Alexander, who is currently incarcerated in West Virginia, informed me several weeks ago that he had sent materials via US mail for my consideration and inclusion in the reply. I did not receive the mailing. Late last week, Mr. Alexander found out that the corrections officer to whom he entrusted the envelope had, in fact, never put it in the mail. Mr. Alexander has now sent another copy of the materials to me via certified mail, which I anticipate receiving this week. However, even if I receive Mr. Alexander's mailing tomorrow (June 20), I will have very little time to give his materials the consideration that they deserve before the current deadline.

       Mr. Alexander is serving a 100-month sentence with a current release date in the spring of 2027. He consents to this request for a two-week adjournment. Wherefore, I ask that the

deadline to file a reply in further support of Mr. Alexander's motion for a sentence reduction be extended until Thursday, July 6, 2023.

  Thank you for your consideration and for continued courtesies to counsel.

                Respectfully,
                _____/s/_____
                Richard H. Rosenberg, Esq.

Cc: All counsel (by ECF)

          Application Granted.
          .
          .
          So Ordered: _____/s/_____
              Hon. Lewis A. Kaplan, U.S.D.J.
          Dated: 6/20/2023

2