UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

,

-against-                                                                      20-cr-0037 (LAK)

WARREN ALEXANDER,

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant's motion for compassionate release and other relief (Dkt 86, 88, and 97) is denied, substantially for the reasons set forth by the government. Without limiting the foregoing, the defendant committed a very serious crime for which his time served to date would be insufficient to reflect its gravity. In addition, he would remain a danger to the community if released.

      SO ORDERED.

Dated:     January 9, 2024

_____
Lewis A. Kaplan
United States District Judge